IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Eliot Scott Gorson – #099717

No. C 12-80304 WHA

**ORDER OF SUSPENSION**

/

    Because Eliot Gorson has failed to respond to the order to show cause, Mr. Gorson's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: April 23, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE